B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: Grand Seas Resort Partners, a Florida general partnership
Debtor(s)

Case No. _____
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 2424 North Atlantic Avenue<br>2424 North Alantic Avenue<br>Daytona Beach, FL 32118 | 2424 North Atlantic Avenue<br>2424 North Alantic Avenue<br>Daytona Beach, FL 32118 | | | 10,073.93 |
| Accumen Sales & Marketing<br>100 East Granada Boulevard<br>Ormond Beach, FL 32176 | Accumen Sales & Marketing<br>100 East Granada Boulevard<br>Ormond Beach, FL 32176 | | | 19,770.24 |
| Accumen Sales & Marketing<br>100 East Granada Boulevard<br>Ormond Beach, FL 32176 | Accumen Sales & Marketing<br>100 East Granada Boulevard<br>Ormond Beach, FL 32176 | | | 16,620.44 |
| Blue Cross & Blue Shield of Florida<br>PO Box 105358<br>Atlanta, GA 30348 | Blue Cross & Blue Shield of Florida<br>PO Box 105358<br>Atlanta, GA 30348 | | | 4,737.63 |
| Cheney Brothers, INc.<br>2801 W. Silver Springs Boulevard<br>Ocala, FL 34475 | Cheney Brothers, INc.<br>2801 W. Silver Springs Boulevard<br>Ocala, FL 34475 | | | 3,444.53 |
| Club Navigo<br>8680 Comodity Circle<br>Orlando, FL 32819 | Club Navigo<br>8680 Comodity Circle<br>Orlando, FL 32819 | | | 28,678.94 |
| County of Volusia<br>123 W. Indiana Avenue<br>Deland, FL 32720 | County of Volusia<br>123 W. Indiana Avenue<br>Deland, FL 32720 | | | 40,000.00 |
| Equiant Financial Services<br>4343 N. Scottsdale Road, Suite 270<br>Scottsdale, AZ 85251 | Equiant Financial Services<br>4343 N. Scottsdale Road, Suite 270<br>Scottsdale, AZ 85251 | | | 35,356.23 |
| Food Supply, Inc.<br>3100 S. Ridgewood Avenue<br>Daytona Beach, FL 32119 | Food Supply, Inc.<br>3100 S. Ridgewood Avenue<br>Daytona Beach, FL 32119 | | | 6,181.72 |
| Grand Seas M, Inc.<br>P.O. Box 331669<br>Miami, FL 33233 | Grand Seas M, Inc.<br>P.O. Box 331669<br>Miami, FL 33233 | | | 346,523.57 |
| Icee Company<br>Dept. LA 21078<br>Pasadena, CA 91185 | Icee Company<br>Dept. LA 21078<br>Pasadena, CA 91185 | | | 959.46 |

B4 (Official Form 4) (12/07) - Cont.

In re   Grand Seas Resort Partners, a Florida general partnership
                                 Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| InSource, Inc.<br>P.O. Box 561567<br>Miami, FL 33256 | InSource, Inc.<br>P.O. Box 561567<br>Miami, FL 33256 | | | 10,454.00 |
| Island One, Inc.<br>8680 Commodity Circle<br>Orlando, FL 32819 | Island One, Inc.<br>8680 Commodity Circle<br>Orlando, FL 32819 | | | 153,182.10 |
| Labor Ready Southeast, Inc.<br>PO Box 740435<br>Atlanta, GA 30347 | Labor Ready Southeast, Inc.<br>PO Box 740435<br>Atlanta, GA 30347 | | | 1,081.25 |
| Muzak-Florida<br>P.O. Box 71070<br>Charlotte, NC 28272 | Muzak-Florida<br>P.O. Box 71070<br>Charlotte, NC 28272 | | | 926.30 |
| Office Depot Credit Plan<br>Dept. 56-4203435416<br>P.O. Box 689020<br>Des Moines, IA 50368 | Office Depot Credit Plan<br>Dept. 56-4203435416<br>P.O. Box 689020<br>Des Moines, IA 50368 | | | 1,099.96 |
| Paetec<br>P.O. Box 1317<br>Buffalo, NY 14240 | Paetec<br>P.O. Box 1317<br>Buffalo, NY 14240 | | | 1,189.65 |
| Paetec<br>P.O. Box 1317<br>Buffalo, NY 14240 | Paetec<br>P.O. Box 1317<br>Buffalo, NY 14240 | | | 2,380.71 |
| Southern Wine and Spirits<br>PO Box 90249<br>Lakeland, FL 33804 | Southern Wine and Spirits<br>PO Box 90249<br>Lakeland, FL 33804 | | | 1,249.46 |
| State of Florida, Department of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399 | State of Florida, Department of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399 | | | 8,555.81 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Grand Seas M, Inc., managing general partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  Sept 8, 2009

Signature  /s/ Marsha G. Madorsky
Marsha G. Madorsky
President of Grand Seas M, Inc., managing general partner

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.