UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| IN RE: | CASE NO. |
|---|---|
| GRAND SEAS RESORT PARTNERS, a Florida general partnership, | CHAPTER 11 |
| Debtor. | |

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Grand Seas Resort Partners, a Florida general partnership, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1.  Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):

    September 8, 2009

2.  Names, case numbers and dates of filing of related debtors:

    None.

3.  Description of Debtor's Business:

    The Debtor is engaged in the marketing and sales of time share condominium units, and management of rental programs and resort facilities.

4.  Locations of debtor's operations and whether the business premises are leased or owned:

    The operations consist of 175 condominium/hotel units located on 800 feet of oceanfront property located at 2424 North Atlantic Boulevard, Ormond Beach, Florida 32174. The Debtor owns certain developer retained property, including parking lots, restaurants, meeting rooms and lobby, all of which are unencumbered, together with 850 unsold timeshare units. The Debtor also owns the note receivables and related loan documents received in connection with previously sold timeshare units.

5.  Reasons for filing Chapter 11:

        The Debtor's lender terminated financing and has declared defaults under the credit facility. The lender has not permitted the Debtor to workout, modify or pursue enforcement of rights with respect to pledged notes and mortgages executed in connection with the sale of time share units.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing during the 1 year prior to filing:

        The general partners are IBER, LLC and Grand Seas M, Inc., both of which hold a 50% general partnership interest. Grand Seas A, Inc. transferred its partnership interest to IBER, LLC prior to the bankruptcy filing date.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

        Calendar year ending December 31.

        Through June 30, 2009: $2,699,755.00

        Year ending December 31, 2008: $9,526,329.00

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

           Approximately $8,509.67 representing sales taxes for July and August, 2009.

   b. With respect to creditors holding secured claims, the names of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims; and

           Textron Financial Corporation
   Estimated Claim:    $14,200,000.00
   Estimated Value of Collateral:    $19,000,000.00

           Amount of unsecured claims:

           Approximately $700,000.00

9. General description and approximate value of the debtor's assets:

        The Debtor's assets consist of developer retained property, including parking lots, restaurants, meeting rooms and lobby, all of which are unencumbered. The value is unknown at this time.

> The Debtor owns 850 unsold timeshare units. Estimated value is $4,900,000.00.
>
> The Debtor owns note receivables and other loan documents issued in connection with previously sold timeshare units. Estimated value is $19,000,000.00.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    > See attached Exhibit "A"

11. Number of employees and amounts of wages owed as of petition date:

    > Approximately 100 employees.
    >
    > Amount owed as of petition date: Approximately $39,000.00 (gross).

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 208 M(A).

    > Approximately $8,509.67 representing sales taxes for July and August, 2009

13. Anticipated emergency relief to be requested within 14 days from the petition date.

    1. Application to Retain Counsel for the Debtor
    2. Application to Retain Special Counsel for the Debtor
    3. Application to Retain Accountants for the Debtor
    4. Motion for Authorization to Pay Pre-Petition Payroll and to Continue Employee Related Benefits
    5. Motion for Authorization to Use Cash Collateral
    6. Motion to Establish Utility Procedures

1842007v2 903970 71604

|  | GRAND SEAS RESORT PARTNERS, a Florida general partnership<br><br>By: _Grand Seas M, Inc.<br>Its:  Managing General Partner<br><br>By: _/s/ Marsha G. Mardorsky_____<br>     Marsha G. Mardorsky, President |

18420073v2 903979 71604