B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Grand Seas Resort Partners, a Florida general partnership**, Debtor

Case No. _____

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,316,459.00 | | |
| B - Personal Property | Yes | 3 | 21,080,072.11 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 14,397,293.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 49,971.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,201,682.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 27,396,531.11 | | |
| Total Liabilities | | | | 15,648,947.50 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

# GRAND SEAS RESORT PARTNERS

## CASE NO. 09-28973-LMI

## NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS:

1. The source of valuation for the real property listed on Schedule A was the Volusia County Taxing Authorities and the 2009 Notice of Proposed Property Taxes. The Debtor reserves the right to amend the values for reasons including, without limitation, a valuation or appraisal of the property.

2. The accounts listed in response to Schedule B-2 have been closed (other than the lockbox accounts) and "debtor-in-possession" accounts have been opened and are being maintained.

3. The value provided in response to Schedule B-16 is book value and includes principal and accrued interest.

4. The values provided in response to Schedule B-30 are estimated and not based on any appraisal of the assets.

5. The value of the collateral provided in response to Schedule D is book value and includes principal and accrued interest.

6. The amounts stated on Exhibit "E" are for the period August 29- September 8, 2009.

7. The Debtor reserves the right to amend the Schedules and Statement of Financial Affairs including, without limitation, the right to amend the values provided for personal and real property.

B6A (Official Form 6A) (12/07)

In re  **Grand Seas Resort Partners, a Florida general partnership**, Case No. _____
                                                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Parcel A, Grand Seas Resort<br>Parcel ID: 25-14-32-29-00-000A<br>OR 4223 Pg 880<br>(vacant lot with lights and sea wall) | 100% Fee Simple | - | 531,581.00 | 0.00 |
| Parcel B, Grand Seas Resorts<br>Parcel ID: 25-14-32-29-00-000B<br>OR 4223 PG 880<br>(restaurant) | 100% Fee Simple | - | 141,964.00 | 0.00 |
| Parcel C, Grand Seas Resorts<br>Parcel ID: 25-14-32-29-00-000C<br>OR 4223 PG 880<br>(lobby, offices, restaurant, arcade, etc.) | 100% Fee Simple | - | 684,902.00 | 0.00 |
| Time Share Intervals<br>(approx. 850 weeks) | 100% ownership | - | 4,958,012.00 | 0.00 |

Sub-Total >  6,316,459.00   (Total of this page)

Total >  6,316,459.00

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Grand Seas Resort Partners**, a Florida general partnership  ,  Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Grand Seas Resort | - | 3,000.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached Exhibit "A" | - | 52,367.53 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | See attached Exhibit "B" | - | 27,458.22 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           82,825.75
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                Best Case Bankruptcy

## GRAND SEAS RESORT PARTNERS

### CASE NO. 09-28973-LMI

### EXHIBIT "A"

### Schedule B-2

1. Wachovia
   Money Market
   Account No. xxxx 4182
   $4,660.93

2. Wachovia
   Operating
   Account No. xxxx 6804
   $9,717.37

3. Wachovia
   General Partnership
   Account No. xxxx 6082
   $13,821.10

4. JP Morgan Chase
   Grand Seas Resort G.P.
   Lock Box Account No. xxxx 7040
   $2,400.72

5. JP Morgan Chase
   Textron Grand Seas Pool B
   Lock Box Account No. xxxx 57111
   $5,736.05

18424405v1  903970  71604

# GRAND SEAS RESORT PARTNERS

## CASE NO. 28973-LMI

### EXHIBIT "B"

#### Schedule B-3

| Provider: | Account Nos.: | Deposit: |
|---|---|---|
| City of Daytona | 12224 | $656.00 |
|  | 12225 | $656.00 |
|  | 12025 | $348.00 |
|  | 12027 | $348.00 |
| TECO | 15968985 | $300.00 |
| Equiant Financial |  | $4,800.22 |
| Daytona Beverage |  | $1,750.00 |
| SR Perrot |  | $1,000.00 |
| Southern Wine & Spirits |  | $5,000.00 |
| Premier Beverage |  | $2,000.00 |
| Republic National |  | $4,000.00 |

B6B (Official Form 6B) (12/07) - Cont.

In re  **Grand Seas Resort Partners, a Florida general partnership**,  Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Premier Hospitality Management** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Notes Receivable (as of August 31, 2009; principal and interest)** | - | 20,904,952.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    20,904,952.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **Grand Seas Resort Partners, a Florida general partnership**,   Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Liquor License 4COP - Series "S" (motel/hotel) | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Golf cart | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached Exhibit "C" | - | 32,875.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Exhibit "D" | - | 24,581.75 |
| 30. Inventory. | | Food and beverage (as of August 31, 2009) | - | 34,837.61 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                         Sub-Total >    **92,294.36**
                                                        (Total of this page)

Sheet  **2**  of  **2**  continuation sheets attached                         Total >    **21,080,072.11**
to the Schedule of Personal Property
                                                           (Report also on Summary of Schedules)

GRAND SEAS RESORT PARTNERS

CASE NO. 09-28973-LMI

SCHEDULE B-28

EXHIBIT "C"

| Grand Seas Resort | | | | |
|---|---|---|---|---|
| Equipment Schedule | | | | |
| Date | | 10/6/2009 | | |
| | | | Estimated Per Unit | |
| Item | | Physical Count | Value | Extension |
| **Server Room** | | | | |
| Computer - Server 1 | | 1.00 | $1,500.00 | $1,500.00 |
| Standard Monitor | | 1.00 | $50.00 | $50.00 |
| Computer - Server 2 | | 1.00 | $1,500.00 | $1,500.00 |
| Standard Monitor | | 1.00 | $50.00 | $50.00 |
| Battery Backup | | 1.00 | $50.00 | $50.00 |
| Computer to run backups | | 1.00 | $600.00 | $600.00 |
| Desk | | 1.00 | $125.00 | $125.00 |
| Server Rack | | 1.00 | $250.00 | $250.00 |
| Battery Backup | | 3.00 | $50.00 | $150.00 |
| | | | | |
| **Finance Department** | | | | |
| Personal Computers | | 13.00 | $400.00 | $5,200.00 |
| LCD Monitors | | 13.00 | $150.00 | $1,950.00 |
| Desks | | 2.00 | $300.00 | $600.00 |
| Desks (cubicle style) | | 10.00 | $125.00 | $1,250.00 |
| Chairs | | 13.00 | $75.00 | $975.00 |
| Printers | | 3.00 | $100.00 | $300.00 |
| Fax machines | | 1.00 | $100.00 | $100.00 |
| File Cabinets (lateral) | | 3.00 | $200.00 | $600.00 |
| File Cabinets (2 drawer) | | 2.00 | $75.00 | $150.00 |
| File Cabinets (4 drawer legal) | | 43.00 | $125.00 | $5,375.00 |
| Telephones | | 11.00 | $100.00 | $1,100.00 |
| Headsets | | 9.00 | $75.00 | $675.00 |
| ACD computer with monitor (call tracking) | | 1.00 | $500.00 | $500.00 |
| Battery Backups | | 3.00 | $50.00 | $150.00 |
| | | | | |
| **Accounting Department** | | | | |
| Personal Computers | | 5.00 | $400.00 | $2,000.00 |
| LCD Monitors | | 5.00 | $150.00 | $750.00 |
| Desk with credenza | | 2.00 | $500.00 | $1,000.00 |
| Desks | | 2.00 | $125.00 | $250.00 |
| Chairs | | 6.00 | $75.00 | $450.00 |
| Printers | | 4.00 | $100.00 | $400.00 |
| Shredder (high end) | | 1.00 | $100.00 | $100.00 |
| Fax machines | | 1.00 | $100.00 | $100.00 |
| File Cabinets (lateral - 4 drawer) | | 1.00 | $200.00 | $200.00 |
| File Cabinets (lateral - 2 drawer) | | 1.00 | $150.00 | $150.00 |
| File Cabinets (2 drawer) | | 7.00 | $75.00 | $525.00 |
| File Cabinets (4 drawer legal) | | 4.00 | $125.00 | $500.00 |
| File Cabinets (4 drawer letter) | | 6.00 | $100.00 | $600.00 |
| Telephones | | 4.00 | $100.00 | $400.00 |
| Headsets | | - | $25.00 | $0.00 |
| Battery Backups | | 4.00 | $50.00 | $200.00 |
| | | | | |
| **Rick Rinear's Office** | | | | |
| Desk with credenza | | 1.00 | $500.00 | $500.00 |
| Personal Computer | | 1.00 | $400.00 | $400.00 |
| Printers | | 1.00 | $100.00 | $100.00 |
| File Cabinets (2 drawer) | | 2.00 | $75.00 | $150.00 |
| Telephones | | 1.00 | $100.00 | $100.00 |
| Battery Backups | | 1.00 | $50.00 | $50.00 |

Page 1 of 2

| Grand Seas Resort | | | | |
|---|---|---|---|---|
| Equipment Schedule | | | | |
| Date | | 10/6/2009 | | |
| Item | | Physical Count | Estimated Per Unit Value | Extension |
| **Second Floor Other Items** | | | | |
| Sofa | | 1.00 | $100.00 | $100.00 |
| Miscellaneous Tables, extra chairs | | 7.00 | $50.00 | $350.00 |
| Refrigerator | | 1.00 | $300.00 | $300.00 |
| | | | | |
| Total | | 207.00 | | $32,875.00 |

GRAND SEAS RESORT PARTNERS

CASE NO. 09-28973-LMI

SCHEDULE B-29

EXHIBIT "D"

| Year | Month in Service | Month of Year | Item | Amount | 2006 Deprec | 2007 Deprec | 2008 Deprec | 2009 Deprec | Net Asset Value |
|---|---|---|---|---|---|---|---|---|---|
| 2006 | May | 5 | Gilligan's - 2 door freezer | 3,378.13 | 450.42 | 675.63 | 675.63 | 675.63 | 900.82 |
| 2006 | Jun | 6 | Gilligan's - Buffet Booths | 1,225.00 | 142.92 | 245.00 | 245.00 | 245.00 | 347.08 |
| 2006 | Jul | 7 | Gilligan's - Ice Machine | 1,200.00 | 120.00 | 240.00 | 240.00 | 240.00 | 360.00 |
| 2006 | Jul | 7 | Gilligan's - Ice Machine | 2,902.13 | 290.21 | 580.43 | 580.43 | 580.43 | 870.63 |
| 2006 | Jul | 7 | Gilligan's - Fryer | 798.75 | 79.88 | 159.75 | 159.75 | 159.75 | 239.62 |
| 2006 | Aug | 8 | Gilligan's - Cooler | 1,917.00 | 159.75 | 383.40 | 383.40 | 383.40 | 607.05 |
| 2006 | Sep | 9 | Gilligan's - Cooler door | 1,278.00 | 85.20 | 255.60 | 255.60 | 255.60 | 426.00 |
| 2006 | Dec | 12 | Rosarios - Hood, Fan & Fire System | 11,954.63 | 199.24 | 2,390.93 | 2,390.93 | 2,390.93 | 4,582.60 |
| 2006 | Dec | 12 | Rosarios - Kitchen Appliances/Equipment | 20,385.49 | 339.76 | 4,077.10 | 4,077.10 | 4,077.10 | 7,814.43 |
| 2006 | Dec | 12 | Rosarios - 36" can cooler, hand sink, speed racks | 1,589.94 | 26.50 | 317.99 | 317.99 | 317.99 | 609.47 |
| 2007 | Feb | 2 | Gilligan's - Range | 798.75 | - | 146.44 | 159.75 | 159.75 | 332.81 |
| 2007 | Feb | 2 | Gilligan's - Other Equipment | 1,486.74 | - | 272.57 | 297.35 | 297.35 | 619.47 |
| 2007 | Apr | 4 | Gilligan's - Other Equipment | 798.75 | - | 119.81 | 159.75 | 159.75 | 359.44 |
| 2007 | May | 5 | Gilligan's - Other Equipment | 1,315.77 | - | 175.44 | 263.15 | 263.15 | 614.03 |
| 2007 | Jun | 6 | Gilligan's - Other Equipment | 1,690.75 | - | 197.25 | 338.15 | 338.15 | 817.20 |
| 2007 | Aug | 8 | Gilligan's - Other Equipment | 2,166.37 | - | 180.53 | 433.27 | 433.27 | 1,119.30 |
| 2008 | Feb | 2 | Gilligan's - Fire suppression system | 3,253.58 | - | - | 596.49 | 650.72 | 2,006.37 |
| 2008 | Jun | 6 | Gilligan's - Ice Machine | 2,253.95 | - | - | 262.96 | 450.79 | 1,540.20 |
| 2008 | Jul | 7 | Gilligan's - Freezer | 593.19 | - | - | 59.32 | 118.64 | 415.23 |
| | | | Total | 60,986.92 | 1,893.88 | 10,417.87 | 11,896.02 | 12,197.40 | 24,581.75 |

B6D (Official Form 6D) (12/07)

In re  **Grand Seas Resort Partners, a Florida general partnership**  ,    Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Various**<br><br>County of Volusia<br>123 W. Indiana Avenue<br>Room 103<br>Deland, FL 32720 | - | | 2009<br><br>Real Estate Taxes<br><br>See Schedule A<br><br>Value $ 1,358,447.00 | | | | 43,217.17 | 0.00 |
| Account No.<br><br>Textron Financial Corporation<br>45 Glastonbury Boulevard<br>Glastonbury, CT 06033 | - | | 2003<br><br>UCC-1<br><br>Pledged promissory notes and other loan documents.<br><br>Value $ 20,904,952.00 | | | | 14,354,076.41 | 0.00 |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)    14,397,293.58    0.00

Total (Report on Summary of Schedules)    14,397,293.58    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Grand Seas Resort Partners, a Florida general partnership**,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Grand Seas Resort Partners, a Florida general partnership**   ,   Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Employees**<br>See attached Exhibit "E" | - | | 8/29/09 - 9/04/09<br><br>Wages | | | | 30,760.89 | 0.00 | 30,760.89 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)   30,760.89   0.00   30,760.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

GRAND SEAS RESORT PARTNERS

CASE NO. 09-28973-LMI

SCHEDULE E

EXHIBIT "E"

| Emp ID | | Name | New Amount of Check | Federal Withholding | FICA Tax | Medicare Tax | Misc. Voluntary Deductions | Employer Cost of Insur |
|---|---|---|---|---|---|---|---|---|
| 85-0005657 | Accounting | Suhan, Diane E | 417.91 | 75.76 | 33.14 | 7.75 | 49.60 | 25.00 |
| 85-0006900 | Accounting | Beavers, Marianne | 736.64 | 129.96 | 58.61 | 13.71 | 261.09 | 25.00 |
| 85-0007618 | Accounting | Moulton, J. Scott | 1,236.64 | 112.15 | 91.15 | 21.32 | 77.20 | 63.81 |
| 62-0007270 | HR | ThompsonCurrier, Leanne K | 675.57 | 115.48 | 54.45 | 12.73 | 92.40 | 25.00 |
| 60-0002414 | Admin | McCarty, Katherine J | 277.86 | 16.49 | 19.76 | 4.62 | - | - |
| 60-0004160 | Admin | Rinear, RichardE | 1,169.61 | 247.31 | 95.39 | 22.31 | 3.85 | - |
| 90-0000249 | Collector | Hahn, Sueann L | 291.65 | 9.64 | 20.23 | 4.73 | - | - |
| 90-0002677 | Collector | Perdue, Gizela | 308.47 | 42.60 | 23.57 | 5.51 | 14.85 | 25.00 |
| 90-0003335 | Collector | Matus, AmilcarP. | 577.77 | 183.81 | 55.32 | 12.94 | 62.46 | 105.87 |
| 90-0004326 | Collector | Washington, Joshua | 410.76 | 37.29 | 32.83 | 7.68 | 99.91 | 25.00 |
| 90-0006519 | Collector | Levine, Alan | 162.76 | 15.37 | 19.70 | 4.61 | 127.56 | 25.00 |
| 90-0009189 | Collector | Balda, John F | 320.91 | - | 21.54 | 5.04 | 20.20 | 25.00 |
| 90-0009499 | Collector | Kadar, Peter | 253.86 | 32.01 | 19.19 | 4.49 | 3.95 | 25.00 |
| 90-0009697 | Collector | Godbee, Paul S | 212.04 | 4.26 | 21.02 | 4.92 | 108.76 | 25.00 |
| 40-0000053 | F & B | Cook, Myles A | 204.36 | 5.73 | 14.11 | 3.30 | - | - |
| 40-0000313 | F & B | Blankenbeckley, William M | 205.60 | 12.57 | 14.65 | 3.43 | - | 25.00 |
| 40-0000891 | F & B | Quirk, DouglasScott | 130.50 | 40.77 | 26.07 | 6.10 | 217.07 | - |
| 40-0003137 | F & B | Harvey, JeffreyM | 129.40 | 12.47 | 10.89 | 2.55 | 20.37 | - |
| 40-0003470 | F & B | Blum, Kira L | 230.86 | 2.88 | 18.71 | 4.38 | 101.87 | 25.00 |
| 40-0004261 | F & B | Stevens, AlenaR | 105.75 | 25.76 | 16.81 | 3.93 | 118.84 | - |
| 40-0006195 | F & B | Stutz, Daniel P | 728.66 | 169.48 | 60.30 | 14.10 | 8.23 | 63.81 |
| 40-0007008 | F & B | Rosato, Nadine | 154.94 | 7.27 | 15.06 | 3.52 | 62.09 | - |
| 40-0009167 | F & B | Johnson, SandraE | 143.89 | 34.51 | 18.16 | 4.25 | 92.05 | - |
| 40-381 | F & B | Morales, Gabriela | 166.94 | - | - | - | - | - |
| 40-4940 | F & B | BaThori, Monica | 238.70 | - | - | - | - | - |
| 40-50670 | F & B | Matyas, Zoltan | 615.78 | - | - | - | - | - |
| 40-5106 | F & B | Kada, Peter | 461.68 | - | - | - | - | - |
| 50-0001998 | Fitness | Cloer, Brad | 130.28 | 10.10 | 9.42 | 2.20 | - | - |
| 50-0005555 | Fitness | Bayuk, Amanda C | 219.88 | 14.74 | 15.75 | 3.68 | 7.95 | 25.00 |
| 50-0005616 | Fitness | Rinear, KaylieH | 271.21 | 35.37 | 20.58 | 4.81 | 14.78 | 25.00 |
| 50-0007420 | Fitness | Moore, KristineF | 210.35 | 13.14 | 15.00 | 3.51 | - | - |
| 50-0009840 | Fitness | Weaver, RachelM | 125.94 | 2.89 | 8.65 | 2.02 | - | - |
| 22-0000529 | Front Desk | Camenga, Tressica L | 509.49 | 46.89 | 38.30 | 8.96 | 14.06 | - |
| 22-0001459 | Front Desk | Watts, ShannonA | 248.62 | 20.32 | 18.06 | 4.22 | 14.78 | 25.00 |
| 22-0002499 | Front Desk | Figueroa, Brittany L | 136.16 | 15.35 | 10.17 | 2.38 | - | - |
| 22-0004731 | Front Desk | Iovane, MichelaE | 168.73 | 8.09 | 11.87 | 2.78 | 14.78 | 25.00 |
| 22-0004920 | Front Desk | Strong, Steven | 312.51 | 32.71 | 23.18 | 5.42 | 16.18 | 25.00 |
| 22-0005256 | Front Desk | Zheltushko, Irina A | 258.34 | 0.75 | 17.39 | 4.07 | 6.83 | - |
| 22-0007154 | Front Desk | Cowan, Stephanie R | 207.20 | 22.96 | 15.45 | 3.61 | 34.28 | 25.00 |
| 22-0009616 | Front Desk | Henry, Romualda | 302.29 | 30.72 | 22.36 | 5.23 | 14.78 | 25.00 |
| 22-0009831 | Front Desk | Gendron, Timothy P | 278.28 | 15.39 | 19.72 | 4.61 | - | - |
| 24-0001146 | Housekeeping | Choez, Shantell | 166.71 | 15.11 | 12.21 | 2.85 | - | - |
| 24-001693 | Housekeeping | Jenkins, Maria | 179.15 | 2.67 | 12.21 | 2.85 | - | - |
| 24-0003573 | Housekeeping | Hein, Rivo | 189.95 | 3.98 | 13.02 | 3.05 | - | - |
| 24-0003656 | Housekeeping | Roper, Dahlia A | 243.57 | 5.64 | 16.73 | 3.91 | 14.78 | 25.00 |
| 24-0006376 | Housekeeping | Smith, LetishaS | 91.78 | - | 6.16 | 1.44 | - | - |
| 24-0006722 | Housekeeping | Hamilton-Jones, Heather R | 231.34 | 4.15 | 15.81 | 3.70 | 16.18 | 25.00 |
| 24-0007588 | Housekeeping | Forbus, Sara | 221.71 | 25.78 | 16.62 | 3.89 | - | - |
| 24-0007735 | Housekeeping | Moore, Regina M | 206.95 | 6.04 | 14.30 | 3.34 | - | - |
| 24-0008325 | Housekeeping | Simon, ValerieE | 380.26 | 56.54 | 29.41 | 6.88 | 25.00 | 25.00 |
| 24-0009440 | Housekeeping | Kadar, Gyula | 588.08 | 70.08 | 44.19 | 10.33 | 33.48 | 25.00 |
| 24-0009547 | Housekeeping | Harris, Nancy L | 222.13 | 9.72 | 15.57 | 3.64 | - | - |
| 24-03960 | Housekeeping | Tennant, Leroy | 211.09 | - | - | - | - | - |
| 24-3834 | Housekeeping | Gordan, Angela | 357.40 | - | - | - | - | - |
| 24-439510 | Housekeeping | Campbell, Lawrence | 288.43 | - | - | - | - | - |

~5819540.xls   Sheet1

Page 1 of 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24-39676 | Housekeeping | Gray, Damian | 286.34 | - | - | - | - |
| 24-3974 | Housekeeping | Young, Joan | 336.50 | - | - | - | - |
| 24-49030 | Housekeeping | Lenis, Andres | 303.06 | - | - | - | - |
| 24-4906 | Housekeeping | Caballero, Naylu | 227.81 | - | - | - | - |
| 24-4988 | Housekeeping | Dennison, Kedejah | 292.61 | - | - | - | - |
| 24-5117 | Housekeeping | Marozsan, Akos | 267.53 | - | - | - | - |
| 24-51501 | Housekeeping | Csagoly, Csilla | 267.53 | - | - | - | - |
| 24-5247 | Housekeeping | Allen, Sabrina | 265.44 | - | - | - | - |
| 24-7294 | Housekeeping | Doreset, Shakeja | 139.83 | - | - | - | - |
| 25-0001262 | Image | Harris, Steve A | 251.93 | 6.65 | 17.36 | 4.06 | - |
| 25-0004028 | Image | Slezsak, Tamas | 253.44 | 6.84 | 17.47 | 4.09 | - |
| 25-0004547 | Image | Schuyler, Edmund L | 191.12 | 25.95 | 15.20 | 3.56 | 25.00 |
| 25-0005288 | Image | Macsar, Veronica S | 153.48 | 36.42 | 12.75 | 2.98 | 25.00 |
| 25-0006534 | Image | Hawkins, Gary L | 266.09 | 23.70 | 19.75 | 4.55 | 25.00 |
| 25-5086 | Image | Koszegi, Gabor | 303.12 | - | - | - | - |
| 24-0003763 | Laundry | Matos, Danielle | 129.66 | 13.85 | 11.69 | 2.73 | - |
| 24-0007860 | Laundry | Kadar, Marianna | 271.49 | 9.03 | 18.83 | 4.40 | 25.00 |
| 24-0008385 | Laundry | Smith, Kay E | 264.85 | 34.14 | 20.07 | 4.69 | - |
| 24-0009609 | Laundry | Rothenwander, MaryAnn S | 410.12 | 51.63 | 31.00 | 7.25 | - |
| 70-0000803 | Maintenance | Langan, Charles | 511.90 | 89.61 | 41.78 | 9.77 | 25.00 |
| 70-0001002 | Maintenance | Langan, DanielP | 382.40 | 46.26 | 28.78 | 6.73 | - |
| 70-0002263 | Maintenance | Kotik, Gary G | 384.66 | 16.22 | 27.86 | 6.52 | - |
| 70-0002436 | Maintenance | Tabor, WilliamJ | 198.68 | 5.04 | 13.68 | 3.20 | - |
| 70-0009837 | Maintenance | Ferrara, AndrewT | 259.75 | 22.48 | 18.95 | 4.43 | - |
| 70-3816 | Maintenance | Zadori, Csaba | 347.25 | - | - | - | - |
| 70-0001182 | Maintenance/Pai | Cannon, Brent E | 288.54 | 38.73 | 21.97 | 5.14 | - |
| 70-0001830 | Maintenance/Pai | Reynolds, Edward R | 290.41 | 17.75 | 20.69 | 4.84 | 25.00 |
| 70-0002576 | Maintenance/Pai | Barino, RichardA | 263.46 | 23.20 | 19.25 | 4.50 | - |
| 70-49370 | Maintenance/Pai | Noszek, Janos | 307.54 | - | - | - | - |
| 70-0004071 | Maintenance/Poc | Smith, MichaelR | 276.88 | 36.47 | 21.04 | 4.92 | 25.00 |
| 70-0004263 | Maintenance/Poc | Bell, Antonio L | 297.68 | 29.84 | 22.05 | 5.16 | - |
| 90-0009534 | Mortgage | Sbarglia, Lyn-Marie | 803.27 | 161.38 | 65.85 | 15.40 | - |
| 90-0004580 | Mortgage Admin | Pruden, Thomas | 298.24 | 12.28 | 20.85 | 4.88 | 25.00 |
| 26-0005217 | Owner Svc | Nasser, DebbieA | 504.58 | 43.21 | 36.78 | 8.60 | - |
| 26-0007749 | Owner Svc | Russell, SharonA | 40.63 | - | 2.73 | 0.64 | - |
| 26-4893 | Owner Svc | Hoeck, Amanda | 490.00 | - | - | - | 25.00 |
| 22-0002725 | Reservations | Snyder, Kelly J | 374.19 | 44.96 | 29.47 | 6.89 | 25.00 |
| 22-0005640 | Reservations | Garvin, KizmetN | 109.10 | - | 7.32 | 1.71 | - |
| 22-0007358 | Reservations | Vinca, Leah M | 204.32 | 5.75 | 14.26 | 3.34 | 25.00 |
| 22-0008921 | Reservations | Vertanen, JulieR | 234.24 | 28.37 | 18.36 | 4.29 | 25.00 |
| 65-0003475 | Security | Dixon, Travis S | 64.64 | - | 4.34 | 1.02 | - |
| 65-0003835 | Security | Crouse, CurtisL | 155.14 | - | 10.42 | 2.44 | - |
| 65-0009043 | Security | Babineau, EricM | 222.93 | 15.33 | 16.00 | 3.74 | - |
| | | Total | 29,719.73 | 2,647.79 | 1,829.34 | 427.77 | 1,083.49 |

~5819540.xls    Sheet1

The following deductions have been calculated in the individual employees pay and are not listed beside employee to provide as much privacy as possible for individual.

| Code | Payee | Type |
|---|---|---|
| 00-401 | Financial Group, Lincoln | Voluntary Ded |
| 00-AFLAC | Life Assurance, American | Voluntary Ded |
| 00-GF | Florida, Stateof | CHILD SUPPORT |
| 00-HS | Bank, First Horizon | Voluntary Ded |
| 00-NY | Proc Ctr, NYS,Child Suppor | CHILD SUPPORT |
| 00-VA | Virginia, Treasurer of | CHILD SUPPORT |
| 00-401 | Financial Group, Lincoln | Voluntary Ded for paydate 9/2/09 |
| 00-AFLAC | Life Assurance, American | Voluntary Ded for paydate 9/2/09 |
| 00-GF | Florida, Stateof | CHILD SUPPO for paydate 9/2/09 |
| 00-HS | Bank, First Horizon | Voluntary Ded for paydate 9/2/09 |
| 00-NY | Proc Ctr, NYS,Child Suppor | CHILD SUPPO for paydate 9/2/09 |
| 00-VA | Virginia, Treasurer of | CHILD SUPPO for paydate 9/2/09 |

1,794.01

~5819540.xls   Sheet1